COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Aaron Philip Fernandez v. The State of Texas

Appellate case number:   01-21-00541-CR

Trial court case number:  1609682

Trial court:                    177th District Court of Harris County

On February 8, 2022, Appellant Aaron Philip Fernandez filed a "Motion to Withdraw and Motion to Substitute Counsel." Appellant's motion is **denied.** The motion does not comply with the Texas Rules of Appellate Procedure. Specifically, the motion does not state that it was "delivered to the party in person or mailed—both by certified and by first-class mail—to the party at the party's last known address," as required by Texas Rule of Appellate Procedure 6.5(b). *See* TEX. R. APP. P. 6.5(b), (d) (stating withdrawing attorney must comply with Texas Rule of Appellate Procedure 6.5(b)). Seth Kretzer remains as Appellant's lead counsel until new lead counsel is designated or a motion to withdraw or to substitute compliant with Rule 6.5 is filed and granted. *See* TEX. R. APP. P. 6.1(c), 6.5.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                            Acting individually

Date:  February 15, 2022